CHARLES S. TURNER, Respondent, *v.* EDWIN CONANT, Impleaded, etc., Appellant.

(Argued June 19, 1888; decided June 26, 1888.)

MOTION to dismiss appeal from an order of the General Term of the Supreme Court in the first judicial department, affirming an order made June 11, 1886, sustaining a demurrer.

*W. Q. Riddle* for motion.

*E. B. Hill* opposed.

Agree to grant motion.
All concur ; no opinion.
Appeal dismissed.